**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KATHERINE R. WARREN**                                                    **PLAINTIFF**
**ADC #714772**

**V.**                           **CASE NO. 3:20-CV-00157-BSM**

**BRADLEY**                                                                **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's

recommended disposition [Doc. No. 3] is adopted, and Katherine Warren's petition for writ

of habeas corpus [Doc. No. 1] is dismissed without prejudice for failure to pay the $5 filing

fee or complete an application to proceed *in forma pauperis*, and for failure to amend her

writ petition.  Doc. No. 2.

IT IS SO ORDERED, this 13th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE