IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KATHERINE R. WARREN**                                                    **PLAINTIFF**
**ADC #714772**

**V.**             **CASE NO. 3:20-CV-00157-BSM**

**BRADLEY**                                                                           **DEFENDANT**

## ORDER

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 13th day of August, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE